NICOLA T. HANNA
United States Attorney

READE E. WILSON
Trial Attorney
Maine Bar No. 4992
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0299
Facsimile: (202)353-7763
reade.wilson@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>20 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA; and SUSAN M. ABUZA, et al.,<br><br>Defendants. | Case No. 5:19-CV-01501-JGB-KK<br><br>**FINAL JUDGMENT APPROVING STIPULATION OF JUST COMPENSATION** |

Upon consider of the Stipulation of Just Compensation executed by the Plaintiff United States of America and Defendant Susan M. Abuza, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States filed its Complaint in Condemnation (ECF No. 1) and Declaration of Taking (ECF No. 3) in this eminent domain proceeding on August 13, 2019, and deposited $8,000.00 with the Court registry as an estimate of just compensation for the taking on October 8, 2019 (ECF No. 15). At that time, title to the property, as set forth in the Declaration of Taking, vested in the United States.

2. The property consists of 20 acres of land in San Bernardino County, California, as described in the Declaration of Taking (hereinafter, the "Subject Property").

3. Defendant Susan M. Abuza was the record owner of the Subject Property immediately prior to taking.

4. In order to settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the Subject Property, together with all improvements thereon and appurtenance thereunto belonging, shall be the sum of $16, 000.00, inclusive of interest, attorneys' fees, and costs. ECF No. 16.

5. Defendant San Bernardino County has disclaimed any interest in the Subject Property and the proceeds of this case and is not entitled to any distribution of just compensation paid for the taking of the Subject Property. ECF No. 12.

6. As the United States has previously deposited $8,000 as estimated just compensation, the deficiency amount between this amount and the agreed settlement of $16,000.00 is $8,000.00. The United States shall pay into the registry of the Court, and the Clerk is directed to accept, the deficiency amount of $8,000.00.

7. The said sum of $16,000.00 shall be full and just compensation and in full satisfaction of all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the Subject Property and estates described in the Declaration of Taking, together with all

improvements and appurtenances on the Subject Property.

8. The said sum of $16,000.00 shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the Subject Property at the time of vesting of title in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from said sum.

9. Defendant Susan M. Abuza warrants that she has the exclusive right to compensation and that no other person or entity is entitled to the same or any part thereof. In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Subject Property taken in this case, Defendant shall refund into the registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the award by Defendant to the date of repayment into the Registry of the Court.

10. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

11. Upon the United States depositing the deficiency amount of $8,000.00 into the Court registry, the Clerk of the Court shall, without further order of this Court, disburse to Susan M. Abuza, and mailing the check to:

Susan M. Abuza
8771 Southeast Bridge Road
Box 137
Hobe Sound, Florida 33455

all sums on deposit in the registry of the Court, together with any interest earned thereon while on deposit.

12. The United States shall have the immediate right to possess the Subject Property.

13. Following disbursement of the above sums to Defendant Susan M. Abuza, this case shall be CLOSED.

IT IS SO ORDERED.

Date: February 26, 2020

_____
U.S. DISTRICT COURT JUDGE